UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                            Case Number 08-20497-BC

v.                                         Honorable Thomas L. Ludington

ROBERT NOEL,

       Defendant.

_____/

## **<u>ORDER PURSUANT TO PRETRIAL CONFERENCE</u>**

This matter is scheduled for trial on Tuesday, April 6, 2010, on two counts against Defendant for violations of 18 U.S.C. § 922(e) and (g)(1), knowingly possessing, in and affecting commerce, firearms, by a person convicted of a crime punishable by imprisonment for a term exceeding one year, on August 3, 2007, and July 24, 2008, respectively. On March 22, 2010, the Court held a pretrial conference on the record with Defendant present. Once again, Defendant reiterated his desire to proceed to trial pro se, with attorney Kenneth Sasse as standby counsel. Defendant also expressed his understanding that by electing to proceed to trial he could receive a sentence from fifteen years to life imprisonment on each count. He also expressly rejected a plea offer that was summarized on the record. Despite previously filing a "demand" for a bench trial, Defendant decided not to waive his right to a jury trial, after having conferred with standby counsel on the issue.

At the pretrial conference, it was agreed that the government would provide its witness and exhibit lists to Defendant, along with a copy of the exhibits and any witness statements, no later than Friday, April 2, 2010. Likewise, Defendant agreed to provide the government with his witness list

the same day. The Court indicated that it would prepared a preliminary draft of jury instructions. The parties should be prepared to submit their objections to the draft in writing on the morning of the trial. A copy of the draft jury instructions will be provided electronically to the government and attorney Sasse, and sent via First Class Mail to Defendant.

Accordingly, it is **ORDERED** that the government is **DIRECTED** to provide its witness and exhibit lists to Defendant, along with a copy of the exhibits and any witness statements, no later than **Friday, April 2, 2010**. Likewise, Defendant is **DIRECTED** to provide the government with his witness list the same day.

It is further **ORDERED** that the parties are **DIRECTED** to submit any objections to the draft jury instructions in writing on the morning of the trial.

                                                    s/Thomas L. Ludington
                                                    THOMAS L. LUDINGTON
                                                    United States District Judge

Dated: March 25, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 25, 2010.

                                  s/Tracy A. Jacobs
                                  TRACY A. JACOBS